# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON LANGEL,<br><br>Defendant. | PO-20-5035-GF-JTJ<br><br><br><br>**ORDER** |

Defendant, Brandon Langel was arrested in Glacier National Park on July 19, 2020 and is ordered to appear in this Court on August 6, 2020. Mr. Langel posted a $170.00 appearance bond with Flathead County.

IT IS ORDERED that the Clerk of Court shall accept a check in the sum of $170.00 from Flathead County Detention Center to be held until further order of the Court.

The Clerk of Court is directed to serve Mr. Langel with a copy of this order and file it in the petty offense action once it is open.

DATED this 29th day of July, 2020.

*/s/ John Johnston*
John Johnston
United States Magistrate Judge

-1-