# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON H. LANGEL,<br><br>Defendant. | PO-20-5035-GF-JTJ<br><br>VIOLATION:<br>9712044<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the citation is DISMISSED pursuant to Fed. R. Crim. P. 48(a). The Defendant posted bond in the amount of $170.00 to Flathead County, Montana, to be held until further order of the Court. The Clerk of Court is directed to return the $170 bond to the defendant and mailed to the address provided to the Court by the Defendant.

IT IS FURTHER ORDERED that the initial appearance scheduled for August 6, 2020 is VACATED.

DATED this 4th day of August, 2020.

_____
John Johnston
United States Magistrate Judge